# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRETT HULL ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:23-cv-00244** |
| | ) | |
| **GOLD SHEEP, LLC ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 58) recommending that the Court grant in part Plaintiffs' motion to enforce settlement (Doc. No. 52). Neither party filed an objection to the R&R. When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Plaintiffs motion to enforce settlement (Doc. No. 52) is **GRANTED IN PART**. Plaintiffs shall file a proposed order of final judgment, consistent with the foregoing, within five days of this order.

The trial, pretrial conference and all related deadlines are CANCELLED. The Joint Motion (Doc. No. 60) is **DENIED AS MOOT**.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE